RECEIVED
SEP 24 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

9/19/19  P.1 of 5
Demetrius Wells #1012395
P.O. Box 250/Tangipahoa Prison
Amite, La 70422

U.S. District Court
Middle District Of Louisiana

Complaint: Witholdin Mail
  Motion Of Complaint/compensation

Now into court, Demetrius Wells, pro se. I am a inmate at Tangipahoa Parish Prison. Petitioner is seeking compensation for Depression and Stress. Because Tangipahoa failed purposely to follow Federal and State Laws, by withholding petitioner's mail. Due the facility's actions it has caused petitioner to have severe Headaches from stressing and being depressed from not receiving his mail.
  Facts of Complaint:

(A) On Monday September 9, 2019 petitioner was mailed two (2) important documents from home. And on the same day petitioner mailed a letter home.

(B) Petitioner's letter was received home on the 12th day of September. But the petitioner hasn't received his letter from home yet. (today's date 9/18/19)

(C) On 9/12/19 petitioner asked Booking about the mail. And booking said "the two (2) Seargants that does the haven't had time."

(D) On 9/12/19 Petitioner asked a deputy when were they going

9/19/19  p: 2 of 5

to pass out mail), his response was "there isn't any mail." (There's 570+ inmates, though)

(E) On 9/14/19, Petitioner asked a deputy, at aprox 8:30 pm, about the mail. The deputy responded, "I don't have time to pass out no mail".

(F) On monday 9/16/19 aprox 11pm, I was awaken to go to booking. I asked the deputy that came and got me, "When are ya'll going to pass out mail. She responded, "There's no telling when ya'll are going to get mail," "we're so backed up with mail".

(G) On 9/17/19 the person that mailed me my mail from home, called and spoke with the Female Liutenent thats over Administration. The Liutenent said, "I did'nt have any mail.

(H) The person from home told the Liutenent that the Post Office said, "My mail was delivered, to the facility on September 12, 2019" The Liutenent, she still denied that I had mail."

(I) I've been here since 8/23/19 and today is 9/18/19. And I've only seen mail ~~distrib~~ distributed once or maybe twice the first 2 weeks.

(J) Inmates say, "they've gone a month without mail."

(K) Mr. Arden Wells, Atty., now sheriff candidate, posted on Fb around June that inmates at TPSO Jail, wasn't getting their mail or proper medical attention.

(L) I the petitioner hasn't received mail and has gone w/o medication for 2 days, for conjunctivitis ~~(Pink)~~ (Pink-eye), I believe his posts now.

(M) Petitioner sent ARP to Administration and Sheriff

### Conclusion

9/19/19  pg 3 of 5

Therefore, Petitioner is asking this Honororable Court to grant him $10,000.00 — a day, for every single day that Petitioner mail was withheld, up until the day/date Petitioner receives his mail.

### Prayer

Wherefore Petitioner, Demetrius Wells #1012395, prays the motion submitted be, and that the grounds herein be sufficient for the above matter to be duly assigned for a hearing.

### Order

It is Hereby Ordered, that the motion filed by the petitioner, Demetrius Wells, in the above captioned matter be, and the grounds herein are sufficient enough for this matter to be duly set for a hearing on the _____ day of _____ 20____

US District Court _____ day of _____ 20____

Magistrate Judge
Middle District Of Louisiana

Defendant
Demetrius Wells #401239S

9/19/19                                   p. 5 of 5

Serve to:
   Attn: Administration
       Tangipahoa Parish Prison
       101 Campo Lane
       Amite, Louisiana 70422


Petitioner: Mr. Demetrius Wells
       Tangipahoa Parish Prison
       P.O. Box 250/101 Campo Lane
       Amite, La 70422

Petitioner Alt. Mailing address:
       P.O. Box 85022
       Baton Rouge, La 70884

Demetrius Wells
P.O. Box 250
Amite, La 70422

Attn: U.S. Clerk
District Court
Middle District of Louisiana
777 Florida St #140
Baton Rouge, LA 70801

