UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEMETRIUS WELLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13000** |
| **TANGIPAHOA PARISH JAIL** | **SECTION: "D"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 16th day of September, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

CLERK TO SERVE PLAINTIFF BOTH AT HIS ADDRESS OF RECORD AND AT THE FOLLOWING ALTERNATE
ADDRESS:
Demetrius Wells
P.O. Box 85022
Baton Rouge, LA 70884